[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



RECEIVED
4/29/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
AJS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Timothy Holmes Jr

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Officer Ocampo (Badge # 18437) and officer Mekshi (Badge # 7594)

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

**1:21-cv-02307**

**Judge Steven C. Seeger**
**Magistrate Judge Jeffrey Cole**
**PC3**

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Timothy Holmes

B. List all aliases: _____

C. Prisoner identification number: ~~[crossed out]~~ 20200823046

D. Place of present confinement: Cook County jail

E. Address: 2750 S. California ave

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Officer Ocampo - Badge # 18437

Title: Police officer

Place of Employment: Chicago police department

B. Defendant: Officer Mekshi - Badge # 7594

Title: Police officer

Place of Employment: Chicago police deparment

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A. Name of case and docket number: Holmes v. Matthew McDonough & Thomas Mason

  B. Approximate date of filing lawsuit: _____

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

  D. List all defendants: M. McDonough & T. Mason

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern district of Illinois Eastern division

  F. Name of judge to whom case was assigned: _____

  G. Basic claim made: Violation of fourth amendment right

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

  I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 08-23-2020 Timothy Holmes was on his way to get a pack of ciggarettes. He was driving westbound on Jackson Blvd in chicago, Illinois. Holmes pulled over to exit his vehicle, but before he could get out Chicago police officer's Mekshi (Star #7594) and officer Ocampo (Star # 18437) pulled along the back end of the driver's side of mr. Holmes's vehicle and turned on their flashing lights. The officers got out of their vehicle and approached mr. Holmes from both side of his vehicle. Officer Mekshi (Star # 7594) was on the drivers side of the vehicle mr. Holmes was driving and asked to see mr. Holmes's drivers license & registration. Mr. Holmes gave them the documents in question, his license was ran for validation and returned along with the registration for the vehicle. The Officer still wouldn't let Mc.Holmes go and insisted him exiting the vehicle. Mr. Holmes obeied their command and got out the car. Officer Ocampo (Star # 18437)

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Search the vehicle Mr. Holmes occupied and recovered a weapon. Mr. Holmes was arressted.

The defendants performed a de facto siezure of Holmes when they activated their flashing lights, approached both sides of his vehicle, and insisted he exit the vehicle in order to search it.

Defendants did not see Mr. Holmes commit any crime or suspect Holmes of having committed any crime prior to discovery of the weapon following the search. Defendants did not have probable cause for their siezure of Holmes and therefore conducted an unreasonable warrantless siezure of Holmes in violation of his rights under U.S. const., Amend. IV.

The search of Holmes vehicle by defendants was a unreasonable warrentless search in violation of the U.S. constitution Amend IV. The fact alleged above also constitute the Illinois State law ~~towards~~ torts of intentional infliction of emotional distress, false arrest, false imprisonment and trespass by defendants.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff prays this court for punitive, compensatory, general and nominal damages. In the sum of 1,000,000 dollars.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 19 day of 04, 2021

_Timothy Holmes_
(Signature of plaintiff or plaintiffs)

Timothy Holmes
(Print name)

20200823046
(I.D. Number)

2750 S. California Ave, Chicago IL 60608

(Address)

Timothy Holmes
#20200823046
Division 4 /L7
2700 S. California ave
Chicago IL, 60608



04/29/2021-2

219 S. Dearborn
Chicago IL 60604

United States District ct
Northern District of Illinois
Eastern Division
20th FL

Holmes, Timothy - 20200823046-1L