## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Timothy Holmes, Jr.,

Plaintiff(s),

v.

Ocampo, et al.,

Defendant(s).

Case No. 1:21-cv-02307
Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

☒ other: Case dismissed for failure to pay the filing fee and to comply with this Court's Order (Dckt. No. [20]). Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger.

Date: 2/9/2022                                Thomas G. Bruton, Clerk of Court

                                              Jessica J. Ramos, Deputy Clerk